# United States Court of Appeals
## For the First Circuit

No. 10-1437

JAMES MCINNIS SR., ET AL,

Plaintiffs, Appellants,

v.

STATE OF MAINE, ET AL,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on March 7, 2011 is amended as follows:

On the cover sheet replace

"William Maselli was on brief, for the appellant.
Janet T. Mills, Attorney General, with whom William R. Fisher, Assistant Attorney General, Peter T. Marchesi, and Cassandra S. Shaffer, were on brief, for the appellee."

with

"Robert C. Andrews for appellants.
William R. Fisher, Assistant Attorney General, with whom Janet T. Mills, Attorney General, was on brief, for appellees William Deetjen, Craig Andersen, Philip Alexander, Scott Rochefort and Stephen Borst.
Cassandra S. Shaffer, with whom Peter T. Marchesi, and Wheeler & Arey, P.A., were on brief, for appellees York County, Kenneth Hatch and Maurice Ouellette."